UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff/Respondent,<br><br>v.<br><br>SERGIO VERDUGO,<br><br>   Defendant/Petitioner. | Case No. 2:21-cr-00245-SB<br>Case No. 2:22-cv-09225-SB<br><br><br>ORDER ON PLAINTIFF'S MOTION TO STAY BRIEFING AND RESOLUTION OF DEFENDANT'S MOTION AT DKT. NO. 108 |

  Defendant Sergio Verdugo moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Dkt. No. 108.[1]  Plaintiff United States of America filed an ex parte application seeking an order authorizing the disclosure of certain communications relevant to the motion, establishing a procedure for obtaining those communications, implementing a protective order, and setting an amended briefing schedule on Defendant's motion.  Dkt. No. 111.  The Court granted the request.  Dkt. No. 112.

  Under the amended briefing schedule, Plaintiff's response to Defendant's motion is to be filed with the Court no later than March 13, 2023.  *Id*.  Plaintiff now moves for a stay of the briefing on Defendant's motion pending the resolution of Defendant's appeal, which is currently before the Ninth Circuit.  Dkt. No. 113.  Defendant's opening brief in the appeal is due on April 3, 2023 and Plaintiff's answering brief is due on May 3, 2023.  *USA v. Verdugo*, No. 22-50018 (9th Cir.), ECF. No. 19.

---

[1] All docket citations are to the docket in the criminal case, Case No. 2:21-cr-00245-SB, unless otherwise noted.

      The Court hereby ORDERS an interim stay of the briefing on Defendant's motion to vacate, set aside, or correct his sentence, Dkt. No. 108, to allow Defendant to respond to Plaintiff's motion. Should Defendant wish to file a response to Plaintiff's motion to stay the briefing schedule, Dkt. No. 113, he is to do so no later than March 24, 2023. Failure to timely file a response shall be deemed consent to the motion. Any reply by Plaintiff should be filed no later than March 31, 2023.

IT IS SO ORDERED.

Date: March 9, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge